```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

**ANDREW HENRY TAYLOR,**

        Plaintiff,

  vs.                                                Civil Action 2:08-CV-562
                                                           Judge Frost
                                                           Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

        Defendant.


## ORDER

        On August 12, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **AFFIRMED** and this action is hereby **DISMISSED.**

        The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                      /s/ Gregory L. Frost
                                                        Gregory L. Frost
                                                 United States District Judge